**People of the State of Illinois, Plaintiff-Appellee, v. James Stuckey, Defendant-Appellant.**

Gen. No. 50,669. 

First District, First Division.

June 13, 1966.

Lawrence Rubinstein, of Chicago, for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Albert J. Armonda, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE MURPHY. **Not to be published in full.**